UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZOILA ESMERALDA MENDOZA
    Plaintiff(s),

v.

Civil Action No. 25-12815-JEK

PATRICIA HYDE, TODD M LYONS, and KRISTI L. NOEM
    Defendant(s).

## **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated October 1, 2025, [ECF 12], granting the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Zoila Esmeralda Mendoza

Dated: October 6, 2025

/s/ Haley Currie
Deputy Clerk